UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **JORGE A.**<br><br>　　　　Petitioner,<br><br>v.<br><br>**KRISTI NOEM**<br>*Secretary, Department of Homeland Security*<br><br>**TODD M. LYONS**<br>*Acting Director, Immigration and Customs Enforcement*<br><br>**DAVID EASTERWOOD**<br>*Acting Director, St. Paul Field Office Immigration and Customs Enforcement*<br><br>　　　　Respondents. | Case No. 26-CV-1783 (SRN/DTS)<br><br><br><br>**ORDER** |

Pursuant to the parties' Stipulation for Order for Release and Dismissal (Doc. No. 4), **IT IS HEREBY ORDERED that**:

1. Respondents must release Petitioner from custody as soon as it is safe and practicable to do so, but in no event more than 24 hours after entry of this Order;

2. Respondents must not impose any conditions on Petitioner's release other than those imposed by Petitioner's prior Order of Supervision dated July 25, 2012;

3. Respondents must return all property and documents to Petitioner, and the parties are directed to communicate and cooperate regarding the return of Petitioner's property; and

1

2

4. This case is **DISMISSED without prejudice** and without an award of costs or fees to either side.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: Tuesday, March 10, 2026                     *s/ Susan Richard Nelson*
                                                    Susan Richard Nelson
                                                    United States District Judge